# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE CABRERA-CRUZ,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX ICE DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-02532-JLT-SAB-HC

ORDER APPOINTING COUNSEL

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 9, 2026, the Court granted Petitioner's motion to appoint counsel. (ECF No. 5.) Per the Court's order, the Court has been notified of counsel's information and counsel has filed a notice of appearance. (ECF No. 7.)

Accordingly, IT IS HEREBY ORDERED that Attorney Benjamin F. Hall is APPOINTED on ad hoc basis, nunc pro tunc to April 15, 2026, as counsel for Petitioner.

IT IS SO ORDERED.

Dated: __**April 17, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge